1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

7   DAMIEN JERMAINE GIBSON,                     No. 2:13-cv-01379-MMD-PAL

8                          *Plaintiff*,

9                                                ORDER

        v.
10
11   SDCC, *et al.*,

12                          *Defendants*.

13

14          This prison civil rights action comes before the Court following upon the filing of a

15   notice (#8) of non-appearance by the state attorney general.

16          The attorney general has not been able to enter a limited appearance for alternative

17   dispute resolution efforts for the sole remaining defendant. The Court accordingly will proceed

18   as per the procedures in place for cases prior to the inmate mediation study program.  The

19   Court will direct that the attorney general provide last known address information for the

20   remaining defendant, if available, prior to the Court lifting the stay and proceeding forward.

21          IT THEREFORE IS ORDERED that, within **twenty-one (21) days** of entry of this order,

22   the attorney general shall file, under seal, the last known address of the remaining defendant,

23   if available.

24          The Clerk shall assure that a notice of electronic filing is sent to the attorney general.

25          DATED this 8th day of May, 2014.

26

27
                                        _____
                                        PEGGY A. LEEN
28                                      United States Magistrate Judge