UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMIEN JERMAINE GIBSON,<br><br>  Plaintiff,<br>v.<br>SDCC, et al.,<br><br>  Defendants. | Case No. 2:13-cv-01379-RFB-PAL<br><br>**ORDER**<br><br>(Notice In Camera Docs. – Dkt. #58) |

This matter is before the Court on Defendant Aaron Parker's Notice of In Camera Submission of Documents (Dkt. #58). This Notice is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9 of the Local Rules of Practice.

On March 2, 2016, this Court entered an Order (Dkt. #57) instructing Mr. Parker to submit the documents identified in his privilege log to the Court for in camera review no later than March 16th. The Court informed the parties that it would issue a separate order identifying which documents, if any, should be produced. *Id*. at 9.

On March 9th, Mr. Parker filed a Notice of In Camera Submission of Documents (Dkt. #58). The documents identified in Mr. Parker's privilege log were also delivered to the Court for an *in camera* review. After carefully reviewing these documents, the Court finds that the documents are not relevant to the allegations in Plaintiff Damien Jermaine Gibson's civil rights claims. The documents do not include complaints from other inmates or disciplinary action related to retaliation against an inmate or exposing or inmate to danger, nor are they likely to lead to the discovery of admissible evidence.

Accordingly,

/ / /

/ / /

1

1  **IT IS ORDERED** that the documents identified in Defendant Aaron Parker's privilege
2  log need not be produced.
3  Dated this 30th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2