ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
IZAAC ROWE (Bar No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax
Email:  jfrost@ag.nv.gov

*Attorneys for Defendant Aaron Parker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| DAMIEN JERMAINE GIBSON, | Case No.  2:13-cv-01379-RFB-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SDCC, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Damien Jermaine Gibson, by and through counsel, Steven A Caloiaro, Esq., and Defendant, Aaron Parker, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior

///
///
///
///
///
///

Deputy Attorney General, and Izaac Rowe, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED October 14, 2016.                                   DATED October 14, 2016.

                                                                            ADAM PAUL LAXALT
                                                                            Attorney General

/s/ Steven A. Caloiaro                                          By: /s/ Jared M. Frost

Steven A. Caloiaro                                              Jared M. Frost (Bar No. 11132)
Nevada Bar No. 12344                                        Senior Deputy Attorney General
Brownstein Hyatt Farber Schreck, LLP              Izaac Rowe (Bar No. 13947)
5371 Kietzke Lane                                                Deputy Attorney General
Reno, Nevada 89511                                           *Attorneys for Defendants*
*Attorney for Plaintiff*

IT IS SO ORDERED.                                        DATED October 17, 2016.

                                                                            RICHARD F. BOULWARE, II
                                                                            UNITED STATES DISTRICT JUDGE